# PETTY OFFENSE MINUTE SHEET

Case No.: 3:12-po-162-163
Violation No(s).: VW 61 2978434-2978435
Date: November 8, 2012

| Defendant: Ja Hyan Cho | Counsel: Fran Lawrence, retained |
|---|---|

PRESENT:  Judge: B. Waugh Crigler
Deputy Clerk: Michele Bottiglieri        Time in court: 10:20-10:29
Court Reporter: FTR
AUSA: Robert Abendroth
Ranger: Wissinger
USPO: David Bean

☒ Initial Appearance.   Defendant advised of charges, rights and nature of proceedings; Korean Interpreter Kayon Park Sworn
☐ Defendant waives counsel; advises court wishes to proceed today without counsel.
☐ Defendant requests appointment of counsel.      ☐ Court grants request for appointment of counsel.
☐ Defendant moves for continuance.   Court trial continued to _____.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 3:12-po-162 | X | _ | _ | Possess/destroy/remove and disturb plant material |
|  |  |  |  |  |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☒ Defendant sworn, questioned and advised of rights on plea of guilty.   Government proffers/presents evidence to support plea and rests.

☐ Court trial held.

Comments: Government moves to dismiss charge of littering, defendant agrees to plead guilty to charge of removing ginseng

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 3:12-po-162 | X | _ | _ | Fine $215; S/A: $10; Restitution $900; due immediately; Defendant banned from all US National Park and Forest in the Western District of Virginia for a period of 3 years |
| 3:12-po-163 | _ | _ | X | Upon motion of the government |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report.   Sentencing set for _____.
☐ Government moves for detention.

☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond.   Bond set at $_____

Additional information Restitution will be paid to the Shenandoah National Park Resource Protection Fund.